UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROOFERS LOCAL 195 PENSION FUND, by Patricia Redhead, Plan Manager; ROOFERS LOCAL 195 HEALTH AND ACCIDENT FUND, by Patricia Redhead, Plan Manager; ROOFERS LOCAL 195 ANNUITY FUND, by Patricia Redhead, Plan Manager; ROOFERS LOCAL 195 JOINT APPRENTICESHIP TRAINING FUND, by Ronald Haney and Joseph Chiarizia, as Trustees; ROOFERS' LOCAL UNION NO. 195 LABOR-MANAGEMENT COOPERATION COMMITTEE, by Ronald Haney and Joseph Chiarizia, as Trustees; NATIONAL ROOFING INDUSTRY PENSION FUND, by Kinsey Robinson, as Chairman; LOCAL 195 OF NEW YORK UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, AFL-CIO, by Ronald Haney, Business Manager, | **STIPULATION AND ORDER OF DISCONTINUANCE WITH RIGHT TO REOPEN** |
| Plaintiffs, | CIVIL ACTION NO.: |
| v. | 5:12-CV-01723 (DNH/DEP) |
| W.J. FARLEY ROOFING CORPORATION, and JOYCE FARLEY, Individually, and as an officer of W.J. FARLEY ROOFING CORPORATION, | |
| Defendants. | |

---

It is hereby stipulated and agreed, by and between the undersigned counsel, the attorneys of record for Plaintiffs and Defendants, no party being an infant or incompetent person or in the military service, as follows:

1. The action is settled in accordance with the terms of a Stipulation of Settlement ["Stipulation of Settlement"], executed by the Defendants on December 28, 2012, and executed by Plaintiffs on January 7, 2013, January 9, 2013 and January 9, 2013, which document is incorporated herein by reference.

2. The action is discontinued, without prejudice, pursuant to FRCP Rule 41(a), subject to the terms and conditions of this Stipulation and Order and the parties' right to reopen the action.

3. The Court expressly maintains and retains jurisdiction over this action, the settlement, and the parties for purposes of enforcing the settlement, obtaining compliance with the terms of the Stipulation of Settlement, and allowing Plaintiffs to proceed with entry of judgment against the Defendants in accordance with the terms and conditions of the Stipulation of Settlement.

4. In accordance with paragraph no. 3, the parties retain and are expressly granted the right to reopen this action to obtain compliance with the terms of the Stipulation of Settlement and to, among other things, allow Plaintiffs to proceed with entry of judgment against the Defendants in accordance with the terms and conditions of the Stipulation of Settlement.

DATED: January 9, 2013

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, Esq.
Bar Roll No. 101356
Attorneys for Plaintiffs
Office and Post Office Address
443 N. Franklin Street
Suite 300
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

IT IS SO ORDERED:

Dated: _____

(Coll/legal/WJFarley-Stp Settle.docx) jld

DATED: December 26, 2012

CASE & LEADER LLP

By: _____
Robert Leader, Esq.
Bar Roll No. 102027
Attorneys for Defendants
Office and Post Office Address
107 East Main Street
Gouverneur, New York 13642
Telephone: 315-287-2000
Facsimile: 315-287-2000

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: January 11, 2013